IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RODNEY ALLEN COLLINS, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 09-0819-M
:
MICHAEL J. ASTRUE, :
Commission of Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Rodney Allen Collins and against Defendant Michael J. Astrue.

DONE this 22nd day of June, 2010.

                                s/BERT W. MILLING, JR.
                                UNITED STATES MAGISTRATE JUDGE