IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RODNEY A. COLLINS,                  :
                                    :
       Plaintiff,                   :
                                    :
vs.                                 :     CIVIL ACTION 09-0819-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of                     :
Social Security,                    :
                                    :
       Defendant.                   :


## JUDGMENT


It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion

for Award of Attorney's Fees Pursuant to the Equal Access to Justice

Act 28 U.S.C. § 2412 be and is hereby **GRANTED** and that Plaintiff

be **AWARDED** an EAJA attorney's fee in the amount of $689.04.

DONE this 10th day of September, 2009.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE